UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**18 CRIM 469**

- - - - - - - - - - - - - - - X
                    :

UNITED STATES OF AMERICA   :  <u>MISDEMEANOR INFORMATION</u>

       - v. -         :  18 Cr.

                    :

THERESE OKOUMOU,         :

      Defendant.     :

- - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 5 2018

## COUNT ONE

### (Trespassing)

The United States Attorney charges:

1.  On or about July 4, 2018, in the Southern District of New York and elsewhere, THERESE OKOUMOU, the defendant, trespassed, entered and remained in and upon, property and real property not open to the public, without the express invitation and consent of the person having lawful control of the property and real property, to wit, OKOUMOU climbed the base of the Statue of Liberty without the consent of the Superintendent of the Statute of Liberty and Ellis Island National Monuments.

(Title 36, Code of Federal Regulations, Section 2.31(a)(1); 18 U.S.C. § 1865)

## COUNT TWO

### (Interfering with Agency Functions)

The United States Attorney further charges:

2.  On or about July 4, 2018, in the Southern District of

New York and elsewhere, THERESE OKOUMOU, the defendant,

threatened, resisted, intimidated, and intentionally interfered

with a government employee and agent engaged in an official

duty, and on account of the performance of an official duty, to

wit, OKOUMOU climbed the base of the Statue of Liberty and

refused to climb down.

(Title 36, Code of Federal Regulations, Section 2.32(a)(1);
18 U.S.C. § 1865)

## COUNT THREE

## (Disorderly Conduct)

The United States Attorney further charges:

3.    On or about July 4, 2018, in the Southern District of

New York and elsewhere, THERESE OKOUMOU, the defendant, with

intent to cause public alarm, nuisance, jeopardy and violence,

and knowingly and recklessly creating the risk thereof, created

and maintained a hazardous and physically offensive condition,

to wit, OKOUMOU climbed the base of the Statue of Liberty and

refused to climb down, requiring law enforcement to retrieve her

and to evacuate Liberty Island.

(Title 36, Code of Federal Regulations, Section 2.34(a)(4);
18 U.S.C. § 1865)

Geoffrey S. Berman

GEOFFREY S. BERMAN
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

---

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

### UNITED STATES OF AMERICA

v.

### THERESE OKOUMOU,

Defendant.

---

### MISDEMEANOR INFORMATION

18 Cr.

(36 C.F.R. §§ 2.31(a)(1), 2.32(1),
2.34(a)(4); 18 U.S.C. § 1865.)

GEOFFREY S. BERMAN
United States Attorney

---