```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :

                                             :     ORDER
          -v.-
                                             :     18 Cr. 469 (GWG)

THERESE OKOUMOU,                             :

              Defendant.                     :
-------------------------------------------------------------x
```

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

    The Courtroom for the trial has changed to Courtroom 15-C, 500 Pearl Street, New York, New York. Thus, trial will commence at 9:30 a.m. on December 17, 2018, in Courtroom 15-C, 500 Pearl Street, New York, New York. The Courtroom will be opened by 9:00 a.m. Because security lines are particularly long on Monday mornings, counsel without building passes and the defendant should arrive at the Courthouse by 8:45 a.m.

    SO ORDERED.

Dated: December 13, 2018
       New York, New York

                                        GABRIEL W. GORENSTEIN
                                        United States Magistrate Judge