UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :

                                                                      :       ORDER
                 -v.-
                                                                       :       18 Cr. 469 (GWG)

THERESE OKOUMOU,                                :

                Defendant.                      :
---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/18

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

       The time of the sentencing proceeding in this matter on March 5, 2019, is advanced to 9:30 a.m. The parties will be informed of the Courtroom by an Order issued at a later date.

       SO ORDERED.

Dated: December 19, 2018
       New York, New York

                                                                  GABRIEL W. GORENSTEIN
                                                                 United States Magistrate Judge