UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :

                                                               :   ORDER

             -v.-

                                                    :   18 Cr. 469 (GWG)

THERESE OKOUMOU,                            :

               Defendant.               :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/19

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

       To better appreciate the risks or hazards created by defendant's conduct on July 4, 2018, the Court would like to conduct a visit to the site of the incident if this can be accomplished without unduly inconveniencing the National Park Service.

       The Court asks the Government to investigate the feasibility of the visit. Accommodation should be made for two defense counsel and defendant to attend, if she wishes to do so. The Court's Deputy Clerk and law clerks may also attend if possible. The Court does not have specific plans to converse with National Park Service personnel but will ask a court reporter to attend so that a record may be made in the event such conversation takes place. The Court is prepared to conduct the visit before or after normal visiting hours.

       Additionally, if it were deemed possible and safe, the Court would like a ladder to be made available so the Court (and counsel if requested) can view, while remaining on the ladder, the surface of the area where the defendant was situated on July 4, 2018.

       The Court asks that the Government respond at its earliest convenience. Because of potential security concerns regarding the scheduling of the visit, the Government has leave to redact any proposed dates in a public filing.

       SO ORDERED.

Dated: February 20, 2019
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge