UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :

                                                    :       ORDER

             -v.-

                                                    :       18 Cr. 469 (GWG)

THERESE OKOUMOU,                                  :

                Defendant.                         :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

       The Government (Docket # 43) has moved pursuant to 18 U.S.C. § 3148(b) for revocation of defendant's conditions of release. A hearing on that application shall take place on Friday, March 1, 2019, at 2:00 p.m. at 500 Pearl Street, New York, New York. Defendant's counsel shall promptly inform defendant of her required appearance at that date and time. The Courtroom will be announced by separate Order.

       SO ORDERED.

Dated: February 26, 2019
       New York, New York

                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge