UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                        :

                                                                   :      ORDER

     -v.-

                                                                     :      18 Cr. 469 (GWG)

THERESE OKOUMOU,                                  :

              Defendant.                          :
---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/19

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

       The hearing scheduled for Friday, March 1, 2019, at 2:00 p.m. at 500 Pearl Street, New York, New York will take place in Courtroom 23-B.

       SO ORDERED.

Dated: February 26, 2019
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge