UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :

                                                        :   ORDER

          -v.-

                                                        :   18 Cr. 469 (GWG)

THERESE OKOUMOU,                               :

              Defendant.                  :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/19

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

     It is hereby ORDERED that the transcript of proceeding held March 1, 2019 (Docket # 53) is unsealed.

Dated: March 5, 2019
       New York, New York

                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge