UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                 :

                                          :     ORDER
        -v.-
                                          :     18 Cr. 469 (GWG)

THERESE OKOUMOU,                          :

                Defendant.                :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

        The sentencing proceeding scheduled for March 19, 2019, at 9:30 a.m. will take place in
Courtroom 23-B at 500 Pearl Street, New York, New York.

Dated: March 14, 2019
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/19