UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :

                                                                 :     ORDER
               -v.-

                                                                   :     18 Cr. 469 (GWG)

THERESE OKOUMOU,                              :

           Defendant.                           :
------------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      The Court's reference at sentencing to the possibility of early termination of probation after a "while" was not meant to suggest that termination would be appropriate when a mere one fifth of the defendant's term of probation had elapsed.  Nor was it meant to suggest that it was creating a standard for early termination that differs from what is provided in 18 U.S.C. § 3564(c).  As explained at the sentencing, the Court had good reasons for imposing the five-year period of probation.  Those reasons remain and the Court expects them to remain until the bulk of the term of probation has been completed.  The Court notes that the Probation Department is not seeking early termination and the obligations currently placed on the defendant are not at all onerous.  The application for early termination of probation is denied.

SO ORDERED.

Dated: May 27, 2020
       New York, New York

                                                 _____
                                                 GABRIEL W. GORENSTEIN
                                                 United States Magistrate Judge