UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,                           :

                                                   :         ORDER

    -v.-                                                                    :
                                                                  18 Cr. 469 (GWG)
THERESE OKOUMOU,                                    :

                Defendant.                          :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       The Government is directed to respond to the application filed as Docket # 75 (and to include the position of the Probation Department) on or before July 26, 2023.

       SO ORDERED.

Dated: July 19, 2023
       New York, New York

                                                          GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge